156 So.2d 601

**HUMBLE OIL AND REFINING COMPANY and Tennessee Louisiana Oil Company**

v.

**Leon BOUDOIN and Arceneaux J. Boudoin et al.**

No. 46869.

Oct. 9, 1963.

In re: Arceneaux J. Boudoin et al. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Cameron. 154 So.2d 239.

Writs refused. There appears no error of law in the judgment complained of.